UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION


FILED
OCT 13 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 05-40069 |
| Plaintiff, | |
| vs. | ORDER |
| SHAWNA SEVERSON, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A hearing on the Government's Motion to Revoke Pretrial Release (Doc. 33) was held on Thursday, October 13, 2005. Defendant Shawna Severson appeared in person and by her counsel, Assistant Federal Public Defender Bill Delaney. The government appeared by its Assistant United States Attorney Kathy Ford. After considering the evidence presented at the hearing, the arguments of counsel, and Defendant's admission to violating the terms of the Order Setting Conditions of Release as described in the Third Report of Apparent Bond Violation by absconding from her placement at the Glory House, it is hereby

ORDERED the Government's Motion to Revoke Pretrial Release (Doc. 15) is GRANTED. It is further

ORDERED that Defendant is remanded to the custody of the U.S. Marshal's Service pending further proceedings.

Dated this 13 day of October, 2005.

BY THE COURT:

John L. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk
By _____, Deputy
(SEAL)